AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Srinivasan, Srikanth | U.S. Court of Appeals for the District of Columbia Circuit | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S Court of Appeals Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Georgetown University Law Center |
| 2. | President | Edward Coke Appellate Inn of Court |
| 3. | Trustee/Grantor | Trust #1 |
| 4. | Adviser | American Law Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Georgetown University Law Center - Teaching in 2018 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Georgetown University Law Center - Teaching Income | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | April 7, 2017 | Malibu, CA | Dean Deanell Tacha's Farewell Dinner | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brinker Destinations IRA | | | | | | | | | |
| 2.  - Fidelity Spartan 500 Index (FUSVX) | | None | | | Sold | 04/04/17 | K | D | |
| 3.  - Avenue Credit Strategies Investor (ACSAX) | A | Dividend | | | Sold | 04/06/17 | J | | |
| 4.  - Baron Emerging Markets (BEXFX) | | None | | | Sold | 04/04/17 | K | A | |
| 5.  - Columbia Dividend Opportunity (INUTX) | A | Dividend | | | Sold | 04/05/17 | J | A | |
| 6.  - Columbia Select Large Cap Growth (ELGAX) | | None | | | Sold | 04/05/17 | K | A | |
| 7.  - Delaware Value (DDVAX) | A | Dividend | | | Sold | 04/04/17 | K | D | |
| 8.  - Doubleline Low Duration (DELNX) | A | Dividend | | | Sold | 04/06/17 | J | | |
| 9.  - Doubleline Total Return Bond (DLTNX) | A | Dividend | | | Sold | 04/04/17 | K | | |
| 10.  - Dreyfus Bond Market Index (DBMIX) | A | Dividend | | | Sold | 04/04/17 | K | | |
| 11.  - Driehaus Event Driven (DEVDX) | | None | | | Buy (add'l) | 04/05/17 | J | | |
| 12. | | | | | Sold | 04/05/17 | J | | |
| 13.  - Driehaus Active Income (LCMAX) | A | Dividend | | | Sold | 04/05/17 | J | | |
| 14.  - Driehaus Micro Cap (DMCRX) | | None | | | Sold | 04/05/17 | J | A | |
| 15.  - MFS International Value (MGIAX) | | None | | | Sold | 04/04/17 | K | D | |
| 16.  - T. Rowe Price Growth Stock (TRSAX) | | None | | | Sold | 04/04/17 | L | E | |
| 17.  - RS Global Natural Resources (RSNRX) | | None | | | Sold | 04/05/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Virtus Mid Cap Value Equity (SMVTX) | | None | | | Sold | 04/04/17 | K | C | |
| 19.  - Rivernorth Core Opportunity (RNCOX) | A | Dividend | | | Sold | 04/05/17 | K | A | |
| 20.  - Riverpark Strategic Income (RSIVX) | A | Dividend | | | Sold | 04/04/17 | J | | |
| 21.  - Riverpark Short Term Hi Yield (RPHYX) | A | Dividend | | | Sold | 04/04/17 | J | A | |
| 22.  - T. Rowe Price Intl Stock (PAITX) | | None | | | Sold | 04/04/17 | K | C | |
| 23.  - TCW Relative Value Dividend Apprec (TGIGX) | A | Dividend | | | Sold | 04/06/17 | L | D | |
| 24.  - Touchstone Focused (TFOAX) | | None | | | Sold | 04/06/17 | K | D | |
| 25.  - Touchstone Small Cap Value (TVOAX) | A | Dividend | | | Sold | 04/06/17 | J | B | |
| 26.  - Wasatch International Opportunities (WAIOX) | | None | | | Buy (add'l) | 04/06/17 | K | | |
| 27. | | | | | Sold | 04/06/17 | K | C | |
| 28.  - Wasatch Frontier Emerging Small Cos (WAFMX) | | None | | | Sold | 04/05/17 | J | | |
| 29.  - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 30.  - JP Morgan Strategic Income (JSOAX) | A | Dividend | | | Sold | 04/05/17 | J | A | |
| 31.  - Destinations Large Cap Equity (DLCFX) | B | Dividend | N | T | Buy | 04/04/17 | M | | |
| 32. | | | | | Buy (add'l) | 04/05/17 | K | | |
| 33. | | | | | Buy (add'l) | 04/06/17 | L | | |
| 34. | | | | | Sold (part) | 07/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Destinations Small Mid Cap Equity (DSMFX) | A | Dividend | L | T | Buy | 04/04/17 | K | | |
| 36. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 37. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 38. | | | | | Sold (part) | 07/14/17 | J | A | |
| 39. - Destinations International Equity (DIEFX) | A | Dividend | M | T | Buy | 04/04/17 | L | | |
| 40. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 41. | | | | | Buy (add'l) | 04/06/17 | K | | |
| 42. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 43. - Destinations Equity Income (DGEFX) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 44. - Destinations Real Assets (DRAFX) | A | Dividend | K | T | Buy | 04/05/17 | K | | |
| 45. - Destinations Multi Strategy (DMSFX) | B | Dividend | L | T | Buy | 04/05/17 | K | | |
| 46. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 47. - Destinations Core Fixed Income (DCFFX) | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 48. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 49. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 50. - Destinations Low Duration Fixed Income (DLDFX) | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 51. - Destinations Global Fixed Income (DGFFX) | A | Dividend | K | T | Buy | 04/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 53. Trust #1 - Brinker Destinations Brokerage Account | | | | | | | | | |
| 54. - Fidelity Spartan 500 Index (FUSVX) | A | Dividend | K | T | Sold (part) | 07/11/17 | J | A | |
| 55. - Fidelity Intermediate Muni Income (FLTMX) | B | Dividend | K | T | | | | | |
| 56. - Avenue Credit Strategies (ACSAX) | A | Dividend | J | T | | | | | |
| 57. - Columbia Dividend Opportunity (INUTX) | A | Dividend | J | T | | | | | |
| 58. - Columbia Select Large Cap Growth (ELGAX) | C | Dividend | K | T | | | | | |
| 59. - Delaware Value (DDVAX) | A | Dividend | K | T | | | | | |
| 60. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | | | | | |
| 61. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | | | | | |
| 62. - MFS International Value (MGIAX) | A | Dividend | K | T | | | | | |
| 63. - Northern Intermediate Tax Exempt (NOITX) | A | Dividend | K | T | Buy (add'l) | 07/11/17 | J | | |
| 64. - T. Rowe Price Growth Stock Advisor (TRSAX) | C | Dividend | K | T | Sold (part) | 07/11/17 | J | B | |
| 65. - RS Global Natural Resources (RSNRX) | | None | J | T | | | | | |
| 66. - Virtus Mid Cap Value Equity (SMVTX) | C | Dividend | K | T | Sold (part) | 07/11/17 | J | A | |
| 67. - Rivernorth Core Opportunity (RNCOX) | C | Dividend | K | T | | | | | |
| 68. - T. Rowe Price Intl Stock Advisor (PAITX) | A | Dividend | K | T | Buy (add'l) | 07/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TCW Relative Value Dividend Apprec (TGIGX) | B | Dividend | K | T | | | | | |
| 70. - Touchstone Focused (TFOAX) | A | Dividend | K | T | | | | | |
| 71. - Wasatch International Opportunities (WAIOX) | A | Dividend | J | T | | | | | |
| 72. - Wasatch Frontier Emerging Small Cos (WAFMX) | | None | | | Sold | 07/11/17 | J | | |
| 73. - Fidelity Cash Reserves (FCASH) | A | Dividend | J | T | | | | | |
| 74. - Riverpark Strategic Income (RSIVX) | A | Dividend | J | T | | | | | |
| 75. - Baron Emerging Markets (BEXFX) | A | Dividend | J | T | Buy (add'l) | 07/11/17 | J | | |
| 76. - Driehaus Event Driven (DEVDX) | | None | J | T | | | | | |
| 77. - Driehaus Micro Cap Growth (DMCRX) | A | Dividend | J | T | | | | | |
| 78. -Touchstone Small Cap Value (TVOAX) | A | Dividend | J | T | | | | | |
| 79. - Doubleline Low Duration (DELNX) | A | Dividend | J | T | Buy (add'l) | 07/11/17 | J | | |
| 80. - JP Morgan Strategic Income (JSOAX) | A | Dividend | J | T | | | | | |
| 81. - Riverpark Short Term Hi Yield (RPHYX) | A | Dividend | J | T | | | | | |
| 82. American Funds Roth IRA | | | | | | | | | |
| 83. - American Funds AMCAP A (AMCPX) | A | Dividend | J | T | | | | | |
| 84. - American Funds New World A (NEWFX) | A | Dividend | J | T | | | | | |
| 85. - American Funds Small Cap World A (SMCWX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - American Funds Capital World Growth & Income A (CWGIX) | A | Dividend | J | T | | | | | |
| 87. - American Funds Washington Mutual A (AWSHX) | A | Dividend | J | T | | | | | |
| 88. - American Funds Income Fund of America A (AMECX) | A | Dividend | J | T | | | | | |
| 89. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 90. Citibank Checking Account | A | Interest | J | T | | | | | |
| 91. American Funds College Savings Plan (529) #1 | | | | | | | | | |
| 92. - College 2021 Fund 529A (CTOAX) | C | Dividend | M | T | Sold (part) | 03/07/17 | M | | |
| 93. | | | | | Sold (part) | 03/07/17 | K | | |
| 94. - College 2024 Fund 529A (CFTAX) | C | Dividend | M | T | Buy (add'l) | 03/07/17 | K | | |
| 95. - AF U.S. Government Money Market 529A (AAFXX) | A | Dividend | M | T | Buy | 03/07/17 | M | | |
| 96. American Funds College Savings Plan (529) #2 | | | | | | | | | |
| 97. - College 2021 Fund 529A (CTOAX) | C | Dividend | M | T | Sold (part) | 03/07/17 | M | | |
| 98. | | | | | Sold (part) | 03/07/17 | K | | |
| 99. | | | | | Sold (part) | 03/07/17 | J | | |
| 100. - College 2024 Fund 529A (CFTAX) | C | Dividend | M | T | Buy (add'l) | 03/07/17 | K | | |
| 101. - AF U.S. Government Money Market 529A (AAFXX) | A | Dividend | M | T | Buy | 03/07/17 | M | | |
| 102. - Preservation Portfolio 529A (CPPAX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Mass Mutual Variable Life Insurance Policy | | | | | | | | | |
| 104.  - Mass Mutual VUL Guard Guaranteed Account | B | Interest | L | T | Buy (add'l) | 09/29/17 | J | | |
| 105.  - Deutsche Small Cap Index | | None | K | T | Buy (add'l) | 09/29/17 | J | | |
| 106.  - Mass Mutual VUL Guard Small Cap Equity | | None | J | T | | | | | |
| 107.  American Funds Brokerage Account | | | | | | | | | |
| 108.  - American Funds Bond Fund of America A (ABNDX) | A | Dividend | J | T | | | | | |
| 109.  - American Funds Fundamental Investors A (ANCFX) | A | Dividend | J | T | | | | | |
| 110.  - American Funds Growth Fund of America A (AGTHX) (X) | A | Dividend | J | T | | | | | |
| 111.  - American Funds New Economy Fund A (ANEFX) (X) | A | Dividend | J | T | | | | | |
| 112.  - American Funds Tax Exempt Bond Fund of America A (AFTEX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments & Trusts):

The name of Ridgeworth Mid Cap Value Equity (SMVTX) was changed to Virtus Mid Cap Value Equity on 07/17/17. The ticker symbol did not change. The new name is used in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544